ACCEPTED
14-15-00426-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 6:33:53 PM
CHRISTOPHER PRINE
CLERK

# FRANK SVETLIK

ATTORNEY AT LAW
1 RIVERWAY, SUITE 1700
HOUSTON, TEXAS  77056

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/26/2015 6:33:53 PM

CHRISTOPHER A. PRINE
Clerk

(713) 840-8888 Telephone

(713) 893.4811 Telecopier

E-mail frank@svetlik.com

June 26, 2015


Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Attention: Christopher Prine

RE:    Court of Appeals Number:  14-15-00426-CV
Trial Court Case Number:  15-DCV-221958

In response to your request for an update on the status of the case in the trial court the following information is provided.  A settlement has been reached.  A motion to dismiss has been sent to the trial court.

The attorneys representing the real party in interest have informed me that they wish to avoid having to file a response to the proceeding in the Fourteenth Court of Appeals based on the settlement reached in the trial court proceeding.


Frank Svetlik


xc:    Brad Edward Porter
       Porter & Powers, PLLC
       5900 Memorial Drive, Suite 305
       Houston, TX 77007

       IBH Investments LLC
       2706 Van Gogh Lane
       Missouri City Texas 77459